Terry C. Hendrix
P.O. Box #999/F.I.F/60828.
Cañon City Colorado 81215
EMPerion22@Hotmail.com
(719)289-5002 = Ph#.

The District Court of the United States
In the Northern District of Texas

Terry C. Hendrix on behalf of Dez Bryant #88, All Dallas Cowboys Fans, and All People in or and from the Sovereign Republic of Texas, by Special Restricted Appearance
~~~~~~~~~~~~~~~ Plaintiffs,

Vs.

The "NFL" National Football League Office #280 Park Avenue New York, New York 10017. NFL.com
Roger Goodell NFL Commissioner,
Dean Blandino NFL Dir. of Officiating,
Gene Steratore NFL Referee,
Respondent(s) et al

3-15CV-0220G
Civil Action No: _____
NOTICE OF INTENT TO FILE SUIT

## NOTICE OF INTENT TO FILE SUIT

Assembled before this Honorable Court are the Plaintiff(s) represented by Counsel, Terry C. Hendrix, to file this our Notice of Intent to File Suit upon and against the Respondent(s) captioned herein now, for but not limited to: Negligence, Breach of Fiduciary Duty, and also Wreckless Disregard. The Plaintiffs did suffer a true injury in fact when the Respondent(s) did commit a fraud when they performed a gross negligence by and through a "Video Reversal" of an outstanding Thirty One (31) yard pass reception by Dez Bryant #88, which by and through the Respondent(s) fraud, theft and gross stupidity, in the face of an undeniable catch and all of the film video and other photage to support the! Simple fact that Dean Blandino, Gene Steratore and Roger Goodell are wrong, and have stolen a Victory from the Plaintiff(s) because the Cowboys offense would have perfectly created an "Autobahn" for for Demarco Murray to drive into the endzone for the Score and Victory. For the theft from and the and the loss of a Superbowl, against and upon the Hearts, Minds, and Souls of but not limited to; Dez Bryant #88, the 2014/2015 on field offense of and to include all the Cheerrrleaders, Fans, of and all people in or from the Sovereign Republic of Texas. We, the Respondent(s) file this our Notice of Intent to file suit against and upon these Respondent(s) captioned herein for the sum certain amount of money $88,987,654,321.88¢. Futher I sayeth Naught!

Terry C. Hendrix 28 U.S.C. 1746.
DATE: 01/14/2015.

PRESS FIRMLY TO SEAL

PRESS

PRIORITY MAIL

FACILITY: FCF
STAFF LAST NAME: Bustamante
DATE: 1-15-15
OFFENDER LAST NAME INT: Hendrix
ID#: 60828
DATE REC'D: 

RECEIVED JAN 21 2015 Clerk, U.S. District Court Northern District of Texas

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

$25,000 VALUE

RETURN RECIEPT

REGISTERED MAIL

7014 2120 0001 6699 5393

FROM: Terry C. Hendrix
P.O. Box #999 P2F 60828
Cañon City, Co 81215

TO: DISTRICT COURT
OF
THE United States
IN THE NORTH DISTRICT
OF TEXAS
#1100 Commerce St.
DALLAS, TEXAS 75242

TERRY C. HENDRIX
PO BOX 999 RECIEPT
BIRCHWOOD 60828

DELIVERY MAIL

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Label 200, July 1999
RA 805 764 173 US
(10259, 99-M-1904)

UNITED STATES POSTAL SERVICE®