UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRY C. HENDRIX,    )<br>                              )<br>        Plaintiff,          )<br>                              )       CIVIL ACTION NO.<br>VS.                        )<br>                              )       3:15-CV-0220-G (BK)<br>NATIONAL FOOTBALL LEAGUE, )<br>ET AL.,                    )<br>                              )<br>        Defendants.        ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that plaintiff is **BARRED** by the three-strike provision and that his motion to proceed *in forma pauperis* is **DENIED**. *See* 28 U.S.C.

§ 1915(g).  Given this conclusion, the plaintiff's motion for legal supplies (docket entry 10) is also **DENIED**.

February 20, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**